UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOYCE WHITAKER,

    Plaintiff,

v.                               Case No. 12-C-1006

MILWAUKEE COUNTY,

    Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** the Defendant, Milwaukee County, for its motion to this Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that the Defendant entitled to judgment as a matter of law based on undisputed facts and a lack of the Defendant's involvement in the issues at hand.

This motion is supported by the Defendant's Proposed Findings of Fact, the Defendant's Brief in Support of the Motion for Summary Judgment, the Affidavit of Araceli Garcia, and the Affidavit of James M. Carroll.

Dated at Milwaukee, Wisconsin this 14th day of August, 2013.

                Milwaukee County Acting Corporation Counsel
                Mark A. Grady
                State Bar No: 1016796

                By /s/ James M. Carroll_____
                    James M. Carroll
                    Principal Assistant Corporation Counsel
                    State Bar No: 1068910

**P.O. Mailing Address:**
Milwaukee County Courthouse
901 North Ninth Street, Room 303
Milwaukee WI 53233
414-278-4035
Fax: 414-223-1249
James.Carroll@milwcnty.com